**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 97-20818
_____

SHIRLEY SHIRLEY,

Plaintiff-Appellant,

VERSUS

KMART CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas

(H-94-CV-4416)

_____

October 20, 1998

Before DeMOSS, PARKER, AND DENNIS, Circuit Judges.

PER CURIAM*:

AFFIRMED.  See 5th Cir. R. 47.6

---

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.